1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   ILLA L. GARCIA, et al.,                         No. CIV S-07-2770-MCE-CMK

10              Plaintiffs,

11       vs.                                          ORDER

12   CALIFORNIA DEPARTMENT OF
    FOREST RY AND FIRE PROTECTION,
13   et al.,

14              Defendants.

15   _____/

16              Plaintiffs, proceeding pro se, bring this civil action against several defendants.

17   Pending before the court is defendants' motion to dismiss (Doc. 7) filed March 12, 2008.

18   Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on this motion,

19   scheduled for April 23, 2008, at 10:00 before the undersigned in Redding, California, is hereby

20   taken off calendar and the matter is submitted on the record and briefs.

21              IT IS SO ORDERED.

22

23    DATED:  April 14, 2008

24                                          _____
                                            **CRAIG M. KELLISON**
25                                          UNITED STATES MAGISTRATE JUDGE

26

                                            1