IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLA L. GARCIA, et al., | No. CIV S-07-2770-MCE-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| Defendants. | |

Plaintiffs, proceeding pro se, bring this civil action against several defendants. Currently before the court is the defendants' motion to dismiss (Doc. 5) filed March 11, 2008. Also on calendar, pursuant to the scheduling order (Doc. 4), is a Status (Pretrial Scheduling) Conference set for June 4, 2008, at 10:00 a.m. The court finds it appropriate to vacate the Status Conference pending resolution of defendants' motion to dismiss. If the motion to dismiss is not case dispositive, the court will re-set this matter for a status/scheduling conference.

IT IS SO ORDERED.

DATED: April 21, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1