1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARY A. JASSO, et al.,
11            Plaintiffs,              No. Civ. S-05-2649 GEB EFB PS
12       vs.
13   CITIZENS TELE-
     COMMUNICATIONS COMPANY
14   OF CALIFORNIA, INC., et al.,
15            Defendants.
                                    /
16
     MARY A. JASSO, et al.,
17
              Plaintiffs,              No. Civ. S-07-2769 FCD EFB PS
18
         vs.
19
     UNITED STATES DEPARTMENT
20   OF AGRICULTURE FOREST
     SERVICE, et al.,
21
              Defendants.
22                                  /
23   ////
24   ////
25   ////
26   ////

1

| | | |
|---|---|---|
| 1 | ILLA L. GARCIA, et al., | |
| 2 | Plaintiffs, | No. Civ. S-07-2770 MCE CMK PS |
| 3 | vs. | |
| 4 | CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al., | |
| 5 | | RELATED CASE ORDER |
| 6 | Defendants. | |
| 7 | _____/ | |

8   The court has received notices of related cases concerning the above-captioned cases.
9 The actions involve many of the same parties and are based on similar claims (i.e., that the
10 various defendants are liable for injuries allegedly caused by exposure to radio frequency
11 emissions from telecommunication facilities located at Likely Mountain Lookout in Lassen
12 County, California).

13   The parties should be aware that relating the cases under Local Rule 83-123 merely has
14 the result that actions are assigned to the same judge and magistrate judge; no consolidation of
15 the actions is effected.  Under the regular practice of this court, related cases are generally
16 assigned to the judge and magistrate judge to whom the first filed action was assigned.

17   IT IS THEREFORE ORDERED that the action denominated Civ. No. S-07-2769 FCD
18 EFB PS, *Jasso v. United States*, and the action denominated Civ. No. S-07-2770 MCE CMK PS,
19 *Garcia, et al. v. Calif. Dep't of Forestry*, be, and the same hereby are, reassigned to Judge
20 Garland E. Burrell, Jr. and Magistrate Judge Edmund F. Brennan for all further proceedings.
21 Henceforth, the caption on documents filed in the reassigned cases shall be shown as Civ. No. S-
22 07-2769 GEB EFB PS, and Civ. No. S-07-2770 GEB EFB PS.

23   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
24 the assignment of civil cases to compensate for this reassignment.

25 ////

26 ////

1 | Further, the Clerk is DIRECTED to serve the parties in Civ. S-07-2770 GEB EFB PS
2 | with the undersigned's scheduling order in pro se cases.
3 | IT IS SO ORDERED.
4 | DATED: May 5, 2008.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE