IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ILLA L. GARCIA, et al.,

       Plaintiffs,                    No. CIV S-07-2770 GEB EFB PS

       vs.

CALIFORNIA DEPT. OF FORESTRY     ORDER
& FIRE PROTECTION, et al.,

       Defendants.
_____/

       This case was reassigned to the undersigned pursuant to the related case order issued on May 5, 2008. *See* Related Case Order (relating this action to *Jasso, et al. v. Citizens Telecommunications, et al.*, 2:05-cv-2649 GEB EFB PS, and *Jasso v. United States Department of Agriculture Forest Service*, 2:07-cv-2769 GEB EFB PS). Prior to reassignment, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to which plaintiffs filed an opposition.

       Although the previously assigned magistrate judge submitted the motion without oral argument on April 15, 2008, defendants are hereby directed to renotice their motion to dismiss for hearing before the undersigned pursuant to Local Rule 78-230.

////

////

1

1  The initial scheduling conference set for September 10, 2008, is vacated pending hearing
2 and decision on the motion. The matter of scheduling will be revisited, if necessary, following
3 disposition of the motion.
4  SO ORDERED.
5 DATED: August 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2