1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ILLA L. GARCIA, and
     MARY A. JASSO,
12
                Plaintiffs,                    2:07-cv-2770-GEB-EFB-PS
13
            vs.
14
     CALIFORNIA DEPARTMENT OF
15   FORESTRY AND FIRE PROTECTION,
     CALIFORNIA DEPARTMENT OF
16   GENERAL SERVICES AND                      ORDER
     TELECOMMUNICATIONS DIVISION,
17   CALIFORNIA DEPARTMENT OF
     JUSTICE, et al.,
18
                Defendants.
19   _____/

20            On March 12, 2009, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within ten days.  No objections were filed.

23            Accordingly, the court presumes any findings of fact are correct.  See Orland v.

24   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

25   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

26   1983).

                                          1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 12, 2009, are ADOPTED;

2. Defendants' motion to dismiss, Dckt. No. 18, is granted;

3. Plaintiffs' complaint is dismissed without leave to amend; and

4. The Clerk is directed to close the case.

Dated: March 30, 2009

GARLAND E. BURRELL, JR.
United States District Judge