IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLA L. GARCIA; MARY A. JASSO,<br><br>      Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF<br>FORESTRY AND FIRE PROTECTION;<br>CALIFORNIA DEPARTMENT OF<br>GENERAL SERVICES AND<br>TELECOMMUNICATIONS DIVISION;<br>CALIFORNIA DEPARTMENT OF<br>JUSTICE; JERRY BROWN;<br>CATHERINE GUESS; BARRY<br>HEMPHILL; GLEN NASH; RICHARD<br>WILLIAMS; MICHAEL D.<br>ENSMINGER; AL MUIR; RICH<br>ZANNI; BRAD LUTTS,<br><br>      Defendants. | 02:07-cv-02770-GEB-EFB<br><br>ORDER |

On April 6, 2009, Plaintiffs filed a "Motion to Alter or Amend a Judgment and/or Order Pursuant to Federal Court Rule 59(e)" based on their contention that they were not served with a copy of the Findings and Recommendations. However, the docket reveals service was made. Therefore, the motion is denied.

Dated: April 16, 2009

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge